# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00082-CR

_____

### EX PARTE AMIR TAVAKKOLI

_____

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Cause No. 12-26808**

_____

### ORDER

Counsel of record for Amir Tavakkoli filed a motion for leave to withdraw as counsel.  Although he signed the notice of appeal as counsel of record for the appellant, counsel informs the Court that he has not been retained for the appeal.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of determining whether counsel should be allowed to withdraw as counsel on appeal.  The trial court shall determine whether appellant has retained new counsel for the appeal.  If the trial court determines that counsel of record should be allowed to withdraw, and that

1

appellant has not retained new counsel for the appeal, the trial court shall determine whether the appellant is indigent and shall determine whether counsel should be appointed, in which case the trial court may appoint new counsel for the appeal unless the trial court admonishes appellant as to the dangers of self-representation on appeal and determines that appellant's decision to relinquish the benefits associated with counsel and to proceed *pro se* is knowingly and intelligently made. All appellate timetables are suspended pending resolution of this matter in the trial court. A supplemental clerk's record containing any orders and findings made by the trial court pursuant to this Order, together with a reporter's record of any hearings conducted by the trial court, shall be filed with the Court of Appeals by May 6, 2013.

ORDER ENTERED April 4, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2